IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:14-cv-86-GCM

BRENDA BILLINGS, )
)
    Plaintiff, )
)
v. )
) **CONSENT ORDER**
CAROLYN COLVIN, )
Acting Commissioner of Social )
Security, )
)
    Defendant. )

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,486.25 for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,486.25, sent to Plaintiff's Counsel's office address in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

This ____ day of _____, 20__

_____
United States District Judge

**DOCUMENT SCANNED**

Case 5:14-cv-00086-GCM   Document 17-3   Filed 01/29/15   Page 1 of 2

CONSENTED TO:

/s/CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com

/s/MICHAEL HAAR
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Altmeyer Building Room 635
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (410) 965-2521
Facsimile: (410) 597-0527
E-mail: michael.haar@ssa.gov
Maryland Bar